

| | | | |
|---|---|---|---|
| Com. v. Cruz–Borrero .............. | 53 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/07/2016 | CP–06–CR–0002796–<br>2015<br>(Berks) |
| In the Interest of: S.I.M.S. ............ | 103 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | CP–67–DP–0000065–<br>2013<br>(York) |
| In the Interest of: L.J.L.E.K. .......... | 104 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | CP–67–DP–0000066–<br>2013<br>(York) |
| In re Adoption of S.I.M.S.; Appeal of<br>GAL ........................... | 134 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | 2015–0031<br>(York) |
| In re Adoption of L.J.L.E.K.; Appeal of<br>GAL ........................... | 135 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | 2015–0030<br>(York) |
| In the Interest of: S.I.M.S. ............ | 136 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | CP–67–DP–0000065–<br>2013<br>(York) |
| In the Interest of: L.J.L.E.K. .......... | 137 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | CP–67–DP–0000066–<br>2013<br>(York) |
| In re Adoption of S.I.M.S. ............ | 172 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | 2015–0031<br>(York) |
| In re Adoption of L.J.L.E.K. ........... | 173 MDA 2016<br>Vacated and<br>Remanded | 09/07/2016 | 2015–0030<br>(York) |
| Com. v. Campbell .................... | 193 MDA 2016<br>Affirmed | 09/07/2016 | CP–19–CR–0000620–<br>2014<br>(Columbia) |
| Com. v. Hickson ..................... | 529 MDA 2016<br>Affirmed | 09/07/2016 | CP–06–CR–0004746–<br>2009<br>(Berks) |
| Com. v. Lee ........................ | 1264 WDA 2014<br>Vacated and<br>Remanded | 09/07/2016 | CP–02–CR–0010514–<br>2012<br>(Allegheny) |
| Com. v. Drake [3] ..................... | 227 WDA 2015<br>Affirmed | 09/07/2016 | CP–02–CR–0011923–<br>1993<br>(Allegheny) |
| In re Estate of Rickerson; Appeal of<br>Hessley .......................... | 1256 WDA 2015<br>Affirmed | 09/07/2016 | OC 35 of 2014<br>(Warren) |
| S.J.P. v. L.L.P. [4] ..................... | 1302 WDA 2015<br>Vacated | 09/07/2016 | FD13–006662–009<br>(Allegheny) |

3. Petition for reargument denied November 1, 2016.
4. Petition for reargument denied November 18, 2016.